DATE 11/17/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 3:17:22 PM
CHRISTOPHER A. PRINE
Clerk

TO:     **1ST COURT OF APPEALS**

From:   **Deputy Clerk: DUANE C. GILMORE**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

| |
|---|
| **CAUSE:** <u>2015-09067</u>   **TRIAL COURT NO:** <u>129TH</u>   **DUE DATE:** <u>12/26/2015</u> |
| **VOLUME    PAGE       OR       IMAGE #:**67645226 |
| **ATTORNEY:** <u>WAYMAN L PRINCE</u> **TBN/PRO SE#:** <u>16329350</u> |
| **NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE <u>FIRST COURT OF APPEALS</u>** |
| **DATE ORDER SIGNED:** <u>10/27/2015</u> |
| **REQUEST TRANSCRIPT DATE FILED        <u>N/A</u>** |
| **NOTICE OF APPEAL DATE FILED:  11/16/2015** <br> **NOTICE OF APPEAL PREVIOUSLY FILED? N** |
| **NUMBER OF DAYS: ( CLERKS RECORD ) 60** <br> **FILE ORDERED:  YES ☐  NO ☒  IMAGED FILED:  YES ☒  NO ☐** |
| **NOTES: Codes: BC, C, OA** |

CHRIS DANIEL
Harris County, District Clerk

By:   /s/DUANE C. GILMORE
      **DUANE C. GILMORE, Deputy**

BC       NOTICE OF APPEAL FILED
BG       NOTICE OF APPEAL FILED – GOVERNMENT
C        JUDGMENT BEING APPEALED
D -      ACCELERATED APPEAL
OA       NO CLERK'S RECORD REQUEST FILED
O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA       AMENDED NOTICE OF APPEAL

# WAYMAN L. PRINCE, CHFC, CLU, FLMI

ATTORNEY AT LAW                                                          TELEPHONE: (713) 467-1659
9111 Katy Freeway, Suite 301-302                                              FAX: (713) 467-1686
Houston, Texas 77024                                                   Web-site: www.wiplaw.com
                                                                    E-mail: wayman@wlplaw.com

*"A MEMBER OF THE BETTER BUSINESS BUREAU"*

November 16, 2014

Honorable Judge Michael Gomez                              *Via Electronic Filing*
129th Judicial District Court at Law
Harris County Civil Court Building
201 Caroline, 10th Floor
Houston, TX 77002

**RE:    CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP
         LLC, Plaintiffs/Appellees v. BENNY RISNER, AUSTRALTEX
         INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED
         COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL DISTRICT
         COURT, HARRIS COUNTY, TEXAS**

Dear Honorable Judge Gomez:

Please find enclosed the following two (2) documents of the Defendants'/Appellants' to be filed:

1.    Notice of Appeal of Trial Court's Final Summary Judgment; and
2.    Certificate of Service.

Please file in your usual manner.

Sincerely,

_____
Wayman L. Prince, Attorney at Law
LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE
Member of Texas and Iowa Bars

WLP/sg

Encl. (2): Notice of Appeal of Trial Court's Final Summary Judgment; and 2) Certificate of Service.

1

| MAZEN JUMAA AND MJ MEDICAL | ☐☐ | IN THE DISTRICT COURT |
|---|---|---|
| GROUP, LLC | ☐☐ | |
|     **Plaintiffs/Appellees** | ☐☐ | |
| | ☐☐ | |
| **v.** | ☐☐ | **129th JUDICIAL DISTRICT** |
| | ☐☐ | |
| BENNY RISNER, AUSTRALTEX | ☐☐ | |
| INVESTMENT HOLDINGS, LLC AND | ☐☐ | |
| HOUSTON BROAD BASED | ☐☐ | |
| COMMUNITY CENTER | ☐☐ | |
|     **Defendants/Appellants** | ☐☐ | **HARRIS COUNTY, TEXAS** |

## NOTICE OF APPEAL OF TRIAL COURT'S FINAL SUMMARY JUDGMENT

**TO THE HONORABLE JUDGE OF SAID COURT**:

This Notice of Appeal of Trial Court's Final Summary Judgment is filed by Defendants/Appellants, **BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER,** parties to this proceeding who seek to alter the trial court's judgment or other appealable order.

1.    The trial court, cause number, and style of this case are as shown in the caption above.

2.    On October 27, 2015, the Honorable Judge Michael Gomez signed Final Summary Judgment which was entered against the Defendants/Appellants in the above styled and numbered cause of action.

3.    As such, Defendants/Appellants, **BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER,** requests this appeal on the Trial Court's Final Summary Judgment on October 27, 2015.

4.    This appeal is being taken to the First or the Fourteenth Court of Appeals.

5.  This timely notice is being filed by Defendants/Appellants, **BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER.**

Respectfully submitted,

_____
Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR DEFENDANTS/APPELLANTS**

**APPROVED AS TO FORM**:

_____
Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713)  467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR DEFENDANTS/APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the one (1) instrument stated below have been served on the Plaintiffs/Appellees by and through their Attorney of Record, **MAZEN JUMAA and MJ MEDICAL GROUP. LLC**, by and through their Attorney of Record, Byron C. Keeling, KEELING & DOWNES, 1500 McGowen, Suite 220, Houston, Texas 77004 via electronic filing and e-mail: bck@keelingdownes.com; and via electronic filing to M. Karinne McCullough, Clerk of the Court of Appeals – First District, 301 Fannin Street, Houston, Texas 77002-2066 and electronic filing to the Fourteenth Court of Appeals, Clerk of the Court, 301 Fannin Street, Houston, Texas 77002-2066, in accordance with Rule 25.1(e) of the Rules of Appellate Procedure, , on this the 16th day of November, 2015, in accordance with T.R.C.P. Rule 21(a).

1. Notice of Appeal of Trial Court's Final Summary Judgment.

Sincerely,

_____
Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR DEFENDANTS/APPELLANTS**

4

FILED
Chris Daniel
District Clerk

OCT 27 2015

Time:_____
Harris County, Texas

By_____
Deputy

②

7

CAUSE NO. 2015-09067

MAZEN JUMAA and MJ MEDICAL §    IN THE DISTRICT COURT OF
INVESTMENT GROUP, LLC f/k/a §
MJ MEDICAL GROUP, LLC, §
§
Plaintiffs, §
§
vs. §    HARRIS   COUNTY,   TEXAS
§
BENNY JOE RISNER, AUSTRALTEX §
INVESTMENT HOLDINGS, LLC, and §
HOUSTON BROAD BASED §
COMMUNITY CENTER, §
§
Defendants. §    129TH   JUDICIAL   DISTRICT

## ORDER GRANTING FINAL SUMMARY JUDGMENT

Pending before the Court are (i) Plaintiffs' Motion for Summary Judgment to Quiet Title to

Houston Avenue Properties and (ii) Plaintiff's Motion for Summary Judgment as to Defendants'

Defenses and Counterclaims. The Court, having considered the motions, evidence, and arguments

of counsel, finds that such motions should be and hereby are GRANTED. It is therefore ORDERED

AND DECLARED that:

1. Plaintiffs Mazen Jumaa and/or MJ Medical Investment Group, LLC f/k/a MJ Medical Group, LLC are the true and lawful owners of the following properties located in Harris County, Texas: Lot 6 Block 271 Baker NSSB, known as 1904 Houston Avenue, Houston, Texas 77007 ("1904 Houston Avenue"); and Lots 7, 8, 9 and 10 Block 271 Baker NSSB, known as 1920 Houston Avenue, Houston, Texas 77007 ("1920 Houston Avenue").

2. Defendants are barred, under the doctrines of res judicata, settlement, and release, from asserting or litigating any claims or defenses challenging the validity of (i) the instrument titled "Warranty Deed in Lieu of Foreclosure," dated and filed of record November 30, 2012, filing number 20120554689, or (ii) the instrument titled "Deed of Trust / Security Agreement - Financing Statement," dated June 7, 2012, filed of record November 20, 2012, filing number 20120539447.

3. Defendants lack standing to challenge the instrument titled Special Warranty Deed, dated April 11, 2013, filed of record April 16, 2013, filing number 20130177696, in which Mazen Jumaa conveyed some or all of the property at 1904 Houston Avenue and/or 1920 Houston Avenue to MJ Medical Group, LLC.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

4. The following instruments are hereby declared and adjudged to be void, without effect, and unenforceable:

a. The instrument titled "Corrected Warranty Deed in Lieu of Foreclosure Due to Error of Conveyance by Australtex Investment Holdings LLC," dated September 15, 2014, and filed of record October 22, 2014, filing number 20140476451.

b. The instrument titled "Corrected Deed of Trust - Security Agreement - Financing Statement Due to Error of Conveyance by Grantor," dated September 15, 2014, and filed of record October 22, 2014, filing number 20140476450.

c. The instrument titled "Special Warranty Deed," dated September 23, 2014, and filed of record October 31, 2014, filing number 20140493191.

5. Defendants will take nothing on their counterclaims and causes of action against Plaintiffs. All of Defendants' defenses are invalid as a matter of law, and this Court grants judgment in Plaintiffs' favor on those defenses.

6. This Court grants declaratory relief as follows:

a. Title to 1904 Houston Avenue and 1920 Houston Avenue is quieted in ~~Mazen Jumaa and~~ MJ Medical Investment Group, LLC.

b. Plaintiffs ~~Mazen Jumaa and~~ MJ Medical Investment Group, LLC, hold 1904 Houston Avenue and 1920 Houston Avenue free of any claim or interest of Benny Joe Risner, Australtex Investment Holdings, LLC, and/or Houston Broad Based Community Center, ~~their spouses, heirs, devisees, grantees,~~ representatives, owners, ~~creditors and all other parties, natural persons or entities, claiming any right or title to such property through or under any of them.~~

This is a final and appealable judgment. All relief not expressly granted in this judgment is denied.

SIGNED this 27 day of October, 2015.

_____
HONORABLE JUDGE PRESIDING

-2-

JWEB   INT   65.10   CIVIL SYSTEM | CIVIL CASE INTAKE | GENERAL PARTY INQUIRY   INT65.10   GILMORE, DUANE   NOVEMBER 17, 2015

**(13) CONNECTION(S) FOUND.**

| CASE NUM: | 201509067 | PJN: | | TRANS NUM: | | CURRENT COURT: | 129 | PUB: | Please Select |

| CASE TYPE: | QUIET TITLE | | CASE STATUS: | DISPOSED (FINAL) |

| STYLE: | JUMAA, MAZEN | VS | RISNER, BENNY JOE |

**** INACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. |
|---|---|---|---|---|---|---|---|
| ☐ | | 00008 - 0001 | PLT | 11157980 | MJ MEDICAL INVESTMENT GROUP LLC (F/K/A MJ | | KEELING, BYRON C. |
| ☐ | | 00005 - 0002 | XPL | 16329350 | HOUSTON BROAD BASED COMMUNITY CENTER | | PRINCE, WAYMAN LEE |
| ☐ | | 00004 - 0002 | XPL | 16329350 | AUSTRALTEX INVESTMENT HOLDINGS LLC | | PRINCE, WAYMAN LEE |
| ☐ | | 00003 - 0002 | XDF | 11157980 | MJ MEDICAL GROUP LLC | | KEELING, BYRON C. |
| ☐ | | 00002 - 0002 | XPL | 16329350 | RISNER, BENNY JOE | | PRINCE, WAYMAN LEE |
| ☐ | | 00001 - 0002 | XDF | 11157980 | JUMAA, MAZEN | | KEELING, BYRON C. |
| ☐ | | 00007 - 0001 | AGT | | HOUSTON BROAD BASED COMMUNITY CENTER | | |
| ☐ | | 00006 - 0001 | AGT | | AUSTRALTEX INVESTMENT HOLDINGS LLC BY S | | |
| ☐ | | 00005 - 0001 | DEF | 16329350 | HOUSTON BROAD BASED COMMUNITY CENTER | | PRINCE, WAYMAN LEE |
| ☐ | | 00004 - 0001 | DEF | 16329350 | AUSTRALTEX INVESTMENT HOLDINGS LLC | | PRINCE, WAYMAN LEE |
| ☐ | | 00003 - 0001 | PLT | 11157980 | MJ MEDICAL GROUP LLC | | KEELING, BYRON C. |
| ☐ | | 00002 - 0001 | DEF | 16329350 | RISNER, BENNY JOE | | PRINCE, WAYMAN LEE |
| ☐ | | 00001 - 0001 | PLT | 11157980 | JUMAA, MAZEN | | KEELING, BYRON C. |

Submit Query   1   Total Pages   **Submit Query**   **Submit Query**   1   **Submit Query**   **Submit Query**   Records Per-Page   20

| ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ | PTY ADDR |
| ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | | |